[No. 53941-8-I.   Division One.   March 20, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. MARVIN LEE
VERMILLION, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 98-1-05677-7, Steven C. Gonzales, J., entered
January 30, 2004. *Affirmed* by unpublished per curiam
opinion.

[No. 54303-2-I.   Division One.   March 20, 2006.]

*In the Matter of the Marriage of* HARVEY EUGENE PEGUES,
*Appellant*, and JACQUI JEAN PEGUES, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 03-3-06308-1, Michael J. Trickey, J., entered
April 23, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 55020-9-I.   Division One.   March 20, 2006.]

THE STATE OF WASHINGTON, *Appellant*, v. GLENN DEE CALHOUN,
*Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 02-1-10712-1, Douglas D. McBroom, J., entered
August 31, 2004. *Reversed* by unpublished per curiam
opinion.

[No. 55396-8-I.   Division One.   March 20, 2006.]

MCLAUGHLIN ENTERPRISES, INC., *Respondent*, v. HARVEY CYR,
*Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 03-2-23335-8, Mary Yu, J., entered November
9, 2004. *Affirmed* by unpublished per curiam opinion.